

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: 11-17-328-CR

#02166235
Khalifah Ibn Muhammad
Allred Unit
2101 FM 369 N
Iowa Park, TX 76367

9590 9402 2222 6193 6848 21

2. Article Number (Transfer from service label)

7017 1000 0000 3674 7401

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X VWalker

☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
V Walker                        5/28/18

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To  Khalifah Ibn Muhammad USPS #02166235

Street and Apt. No., or PO Box No. Allred Unit 2101 FM 369 N
City, State, ZIP+4® Iowa Park, TX 76367

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

EASTLAND, TEXAS 76448
Postmark Here
MAY 24 2018

FILE COPY



**VACANT**
CHIEF JUSTICE

**MIKE WILLSON**
JUSTICE

**JOHN M. BAILEY**
JUSTICE

# Court of Appeals
## Eleventh District of Texas

100 WEST MAIN STREET, SUITE 300
P. O. BOX 271
EASTLAND, TEXAS 76448

**SHERRY WILLIAMSON**
CLERK

TELE: 254/629-2638
FAX: 254/629-2191
sherry.williamson@txcourts.gov
www.txcourts.gov/11thcoa

May 24, 2018

Michael Bloch, Assistant
Ector County District Attorney's Office
300 N. Grant, Room 305
Odessa, TX 79761
* DELIVERED VIA E-MAIL *

R. N. (Bobby) Bland, District Attorney
Ector County District Attorney's Office
300 N. Grant, Room 305
Odessa, TX 79761
* DELIVERED VIA E-MAIL *

Khalifah Ibn Muhammad
TDCJ #02166235
Allred Unit
2101 FM 369 N
Iowa Park, TX 76367

Mike Holmes
413 North Grant Avenue
Odessa, TX 79761
* DELIVERED VIA E-MAIL *

**RE:** Appellate Case Number: 11-17-00328-CR
Trial Court Case Number: D-45,839
**Style:** Khalifah Ibn Muhammad v. The State of Texas

The Court has this day **GRANTED** Appellant's "Motion to Withdraw as Counsel" in the above cause. Mike Holmes will be removed from the Court's docket.

The Court has also this day **ABATED** the appeal. A copy of the Court's order is attached.

Respectfully yours,

Sherry Williamson

Sherry Williamson, Clerk

cc: District Clerk - Ector County (DELIVERED VIA E-MAIL)
Cindy Nelson, Court Reporter (DELIVERED VIA E-MAIL)
W. Stacy Trotter, Judge (DELIVERED VIA E-MAIL)